# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

**IN RE: NEW ENGLAND COMPOUNDING**           **Master Docket No.12-12052-FDS**
**PHARMACY CASES**

_____

***This Document Relates To:***

| | |
|---|---|
| LISA WEINSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NEW ENGLAND COMPOUNDING | ) |
| PHARMACY, INC., d/b/a New England | ) |
| Compounding Center, AMERIDOSE LLC, | ) |
| MEDICAL SALES MANAGEMENT INC., | ) |
| BARRY CADDEN, LISA CONIGLIARO | ) |
| CADDEN, GREGORY CONIGLIARO, | ) |
| DOUGLAS CONIGLIARO, CARLA | ) |
| CONIGLIARO, and GLENN A. CHIN, | ) |
| | ) |
| Defendants. | ) |

## ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO MARCH 31, 2013 TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro, Douglas

Conigliaro, Carla Conigliaro, and Glenn A. Chin (collectively, "Defendants") move this Court

for an extension of time to March 31, 2013 for Defendants to answer or otherwise move.  The

motion should be granted because Defendants require additional time to respond to the

allegations and have acted in good faith.  Moreover, Plaintiff has assented to the motion.  In

further support of the motion, Defendants attach a memorandum of law.

WHEREFORE, Barry Cadden, Lisa Conigliaro Cadden, Gregory Conigliaro Douglas

Conigliaro, Carla Conigliaro, and Glenn A. Chin request that the Court grant the Motion for An

Extension of Time to March 31, 2013 to Respond to the Plaintiff's Complaint.

<div style="margin-left: 40%;">

Respectfully submitted,

Defendants Barry Cadden, Lisa Conigliaro Cadden,
Gregory Conigliaro, Douglas Conigliaro, Carla
Conigliaro, and Glenn A. Chin,

By their Attorneys,


___/s/ Daniel E. Tranen_____
Geoffrey M. Coan, BBO # 641998
Daniel E. Tranen, BBO # 675240
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109-1775

</div>

Date:    January 25, 2013        Tel: (617)213-7000 / Fax: (617)213-7001


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(a)(2), I, Garrett D. Lee, do hereby certify that I
conferred with Plaintiff's counsel regarding Defendants' Assented To Motion for an Extension
of Time to March 31, 2013 to Respond to the Plaintiff's Complaint.


Dated:  January 25, 2013                */s/ Garrett D. Lee*
                                        Garrett D. Le

2

## **CERTIFICATE OF SERVICE**

I, Daniel E. Tranen, hereby certify that on January 25, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<div align="center">

*/s/ Daniel E. Tranen*
Daniel E. Tranen

</div>