UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Lisa Weinstein vs. New England Compounding Pharmacy, Inc., et al.*<br>Case No.:  12-cv-12103 | MDL NO. 1:13-md-02419 |

NOTICE OF APPEARANCE

Please enter the appearance of Matthew P. Moriarty of the law firm Tucker Ellis LLP, as counsel for defendant Ameridose, LLC

*/s/ Matthew P. Moriarty*
MATTHEW P. MORIARTY
(Ohio Bar #0028389)
Tucker Ellis  LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115-1414
Tel:    (216) 592-5000
Fax:    (216) 592-5009
E-mail:matthew.moriarty@tuckerellis.com

*Attorney for Ameridose, LLC*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

                                                 */s/ Matthew P. Moriarty*
                                                 MATTHEW P. MORIARTY
                                                 (Ohio Bar #0028389)
                                                 Tucker Ellis  LLP
                                                 925 Euclid Avenue, Suite 1150
                                                 Cleveland, Ohio 44115-1414
                                                 Tel:    (216) 592-5000
                                                 Fax:   (216) 592-5009
                                                 E-mail:matthew.moriarty@tuckerellis.com

                                               *Attorney for Ameridose, LLC*