UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Lisa Weinstein vs. New England Compounding Pharmacy, Inc., et al.*<br>Case No.:  12-cv-12103 | MDL NO. 1:13-md-02419 |

NOTICE OF APPEARANCE

Please enter the appearance of Richard A. Dean of the law firm Tucker Ellis LLP, as counsel for defendants Ameridose, LLC

>   */s/ Richard A. Dean*
>   RICHARD A. DEAN (Ohio Bar #0013165)
>   Tucker Ellis  LLP
>   925 Euclid Avenue, Suite 1150
>   Cleveland, Ohio 44115-1414
>   Tel:     (216) 592-5000
>   Fax:    (216) 592-5009
>   E-mail:richard.dean@tuckerellis.com
>
>   *Attorney for Ameridose, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Richard A. Dean*

RICHARD A. DEAN (Ohio Bar #0013165)
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115-1414
Tel: (216) 592-5000
Fax: (216) 592-5009
E-mail:richard.dean@tuckerellis.com

*Attorney for Ameridose, LLC*